1  LAWRENCE G. BROWN
   United States Attorney
2  LUCILLE GONZALES MEIS
   Regional Chief Counsel, Region IX
3  Social Security Administration
   DONNA WADE ANDERSON
4  Assistant Regional Counsel
   Special Assistant United States Attorney
5
6      333 Market Street, Suite 1500
       San Francisco, California 94105
7      Telephone: (415) 977-8930
       Facsimile: (415) 744-0134
8      E-Mail: Donna.W.Anderson@ssa.gov

9  Attorneys for Defendant

10                    UNITED STATES DISTRICT COURT
11                    EASTERN DISTRICT OF CALIFORNIA
12                         **SACRAMENTO DIVISION**
13
14 DAVID MANSHIP ROBINSON,           )
                                     )   CIVIL NO. 2:08-cv-2827-DAD
15       Plaintiff,                  )
                                     )   STIPULATION FOR REMAND TO
16       v.                          )   THE COMMISSIONER AND
                                     )   ORDER
17 MICHAEL J. ASTRUE,                )
   Commissioner of                   )
18 Social Security,                  )
                                     )
19       Defendant.                  )
   _____   )
20

21         TO ALL PARTIES, THEIR ATTORNEYS OF RECORD, AND THE

22 HONORABLE DALE A. DROZD, MAGISTRATE JUDGE OF THE DISTRICT

23 COURT:

24         The parties, by and through their respective counsel, hereby stipulate to remand

25 the above-captioned matter, pursuant to sentence four of Section 205(g) of the Social

26 Security Act, 42 U.S.C. § 405(g), for further administrative proceedings.  On remand, the

27 Commissioner will direct the Appeals Council to consider whether Plaintiff meets or

28 equals the required findings of Listing 5.05 of the Listings of Impairments, Appendix 1,

Subpart P, Part 404, 20 C.F.R.; and, if not, to remand to an administrative law judge for further evaluation of the evidence, including obtaining evidence from a medical examiner.

Respectfully submitted,

Dated: October 16, 2009

        */s/ Ann. M. Cerney*
ANN M. CERNEY
Attorney for Plaintiff
(Concurrence by email 10/16/2009)

Dated: October 16, 2009        LAWRENCE G. BROWN
United States Attorney
LUCILLE GONZALES MEIS
Regional Chief Counsel, Region IX
Social Security Administration

        */s/ Donna W. Anderson*
DONNA W. ANDERSON
Assistant Regional Counsel
Special Assistant United States Attorney

Of Counsel:

WYNNE CATHCART ERICKSON
Assistant Regional Counsel

        Attorneys for Defendant
Michael J. Astrue, Commissioner
Social Security Administration

As a result of this stipulation and order, plaintiff's motion for summary judgment (Doc. No. 21), filed September 22, 2009, is rendered moot.

**IT IS SO ORDERED:**

**DATED: October 26, 2009.**

        *[signature]*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/robinson2827.stipord.remand

2

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2009, I electronically filed a "Stipulation for Remand; Order of Remand" in the case of <u>Robinson v. Astrue</u>, Case No. 2:08-cv-2827 with the Clerk of the Court for the United States District Court, Eastern District of California using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

Executed on October 16, 2009, in San Francisco, California.

                                           */s/ Donna W. Anderson*
                                           DONNA W. ANDERSON
                                           Special Assistant United States Attorney
                                           Office of the Regional Chief Counsel
                                           Social Security Administration
                                           Attorney for Defendant