```
1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California  95202
3  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
4
   Attorney for Plaintiff
5
6
7
8            UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA
9
10 DAVID M. ROBINSON,                       CASE NO. 2:08-CV-02827-DAD
11                Plaintiff,                STIPULATION AND ORDER SETTLING
                                            ATTORNEY'S FEES PURSUANT TO THE
12 vs.                                      EQUAL ACCESS TO JUSTICE ACT
                                            (EAJA)
13 MICHAEL J. ASTRUE,
   Commissioner of Social Security,
14
                  Defendant.
15 _____/
16
17
```

18        IT IS HEREBY STIPULATED by and between the parties through their undersigned

19 counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be

20 awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR

21 THOUSAND SEVEN HUNDRED DOLLARS ($4,700.00).  This amount represents

22 compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with

23 this civil action, in accordance with 28 U.S.C. § 2412(d).

24        This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA

25 attorney fees, and does not constitute an admission of liability on the part of Defendant under the

26 EAJA.  Payment of five thousand one hundred dollars ($4,700.00) in EAJA attorney fees, shall

27 constitute a complete release from and bar to any and all claims Plaintiff may have relating to

28

1  EAJA fees in connection with this action.  Any payment shall be made payable to Plaintiff's
2  counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.
3
4  DATED: January 15, 2010
5
6
7  */s/ Ann M. Cerney*
  ANN M. CERNEY
8  Attorney for Plaintiff
9
10 LAWRENCE G. BROWN
United States Attorney
11 BOBBIE J. MONTOYA
Assistant United States Attorney
12
13
  */s/Donna Anderson*
14 DONNA ANDERSON
Special Assistant U S Attorney
15 WYNNE ERICKSON
Of Counsel
16 Attorneys for Defendant
17
18
19
20
21
22
23
24
25
26
27
28

1  ANN M. CERNEY, SBN: 068748
   Attorney at Law
2  45 Hunter Square Plaza
   Stockton, California 95202
3  Telephone: (209) 948-9384
   Facsimile: (209) 948-0706
4
   Attorney for Plaintiff
5

**UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

—o0o—

| | |
|---|---|
| DAVID M. ROBINSON, | CASE NO. 2:08-CV-02827-DAD |
| Plaintiff, | **ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

**ORDER**

Plaintiff's Counsel as the plaintiff's assignee is hereby awarded attorney's fees pursuant to the Equal Access to Justice Act in the amount of $4,700.00, pursuant to the stipulation of the parties.

APPROVED AND SO ORDERED..

DATED: January 25, 2010.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1/orders.socsec/robinson2827.stipord.attyfees