ANN M. CERNEY, SBN: 068748
Attorney at Law
45 Hunter Square Plaza
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID M. ROBINSON, | CASE NO. 2:08-CV-02827-DAD |
| Plaintiff, | **AMENDED STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)** |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that Plaintiff's counsel, as Plaintiff's assignee, be awarded attorney fees under the Equal Access to Justice Act (EAJA) in the amount of FOUR THOUSAND SEVEN HUNDRED DOLLARS ($4,700.00). This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of Plaintiff's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA. Payment of four thousand seven hundred dollars ($4,700.00) in EAJA attorney fees, shall constitute a complete release from and bar to any and all claims Plaintiff may have relating to

EAJA fees in connection with this action.  Any payment shall be made payable to Plaintiff's counsel as Plaintiff's assignee and delivered to Plaintiff's counsel.

DATED: January 15, 2010

*/s/ Ann M. Cerney*
 ANN M. CERNEY
Attorney for Plaintiff


LAWRENCE G. BROWN
United States Attorney
BOBBIE J. MONTOYA
Assistant United States Attorney


*/s/Donna Anderson*
DONNA ANDERSON
Special Assistant U S Attorney
WYNNE ERICKSON
Of Counsel
Attorneys for Defendant

1

2  ANN M. CERNEY, SBN: 068748
   Attorney at Law
3  45 Hunter Square Plaza
   Stockton, California  95202
4  Telephone: (209) 948-9384
   Facsimile:  (209) 948-0706
5
   Attorney for Plaintiff
6

7

8

9   **UNITED STATES DISTRICT COURT, EASTERN DISTRICT OF CALIFORNIA**

10                                —o0o—

11  DAVID M. ROBINSON,                    CASE NO. 2:08-CV-02827-DAD

12                  Plaintiff,             **ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS**
13  vs.                                    **TO JUSTICE ACT (EAJA)**

14  MICHAEL J. ASTRUE,
    Commissioner of Social Security,
15
                    Defendant.
16  _____/

17

18                                      **ORDER**

19       Plaintiff's Counsel as the plaintiff's assignee is hereby awarded attorney's fees pursuant

20  to the Equal Access to Justice Act in the amount of $4,700.00, pursuant to the stipulation of the

21  parties.

22       APPROVED AND SO ORDERED.

23  DATED: April 20, 2010.

24

25                                      _____
                                        DALE A. DROZD
26                                      UNITED STATES MAGISTRATE JUDGE

27  Ddad1/orders.socsec/robinson2827.amd.stipord.attyfees

28
3
AMENDED STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT (EAJA)